IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: Farmers Insurance Co., Inc. FCRA litigation.<br><br>Judge Friot | )  Western Dist. Case No. CIV-03-158-F<br>)<br>)  MDL No. 1564<br>)<br>)  **This document relates to all cases** |

**ORDER FOR REIMBURSEMENT OF**
**<u>FEES AND EXPENSES OF MASTER</u>**

On July 1, 2005, the Master filed his application for reimbursement of fees and expenses (docket entry no. 508). No response or objection has been filed with respect to this application. The court also notes that no suggestion has been made, by the Master or by any party, that the payment of the Master's reimbursement and compensation be reallocated.

Under paragraph E of the order appointing Master, filed herein on January 4, 2005, the Master's compensation and expenses are, in the absence of reallocation, to be borne by the defendants, to be paid within 20 days after entry of an order by the court approving the Master's application for reimbursement and expenses and fixing the amount thereof.

Accordingly, pursuant to Rule 53(h), Fed. R. Civ. P., and pursuant to paragraph E of the order appointing Master, the court approves the application for reimbursement of fees and expenses as filed herein by the Master, Larry D. Ottaway, and fixes the total amount of the Master's reimbursement of fees and expenses at

$15,616.06, as set forth in the application. The defendants shall pay said amount within 20 days after the date of this order.

DATED August 3, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

FarmersMDLp078 (pub).wpd