United States District Court
Western District of Oklahoma

**FILED**
JUL 28 2008
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

In Re: Farmers Insurance Co Inc, FCRA Litigation
   Jonathan Lee Riches, Intervenor

MDL NO: 1564      CASE NO: CIV-03-158-F

---

Motion For Reconsideration & Clarification
Motion to Intervene as Plaintiff under Fed. R. Civ P rule 24(A)2, 24(B)
Motion to Amend complaint

---

Comes now the Plaintiff, Intervenor Jonathan Lee Riches, in pro-se, moves this honorable court to intervene as a Plaintiff in the Farmers Insurance Co FCRA Litigation under Fed R. Civ P rule 24(A)2 - as a constitutional matter of right or rule 24(B) - Permissive Intervention or in the Alternative a Amicus curiae, Friend of the court Motion. I have a interest in this Litigation to support plaintiff's claims of Defendants violation of 15 USC 1681. I move for a motion for reconsideration to allow me to Intervene in this Litigation with a Amended complaint with newly discovered Evidence. My Intervention presents questions of law and fact that are common in this Action. I can be contacted at the below address.

Jonathan Lee Riches prays this court will grant his motions for relief.

respectfully,

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

7-22-08