**COURTROOM MINUTE SHEET**

DATE  9-29-11

MDL NO. 1564 (CIV-03-158-F)

In re: Farmers Insurance Co., Inc. FCRA Litigation (re Corl (CIV-04-025), Watts (CIV-04-026) & Mobbs (CIV-03-158) and re Davenport (CIV-06-733))

COMMENCED  9:00        ENDED  11:10
COMMENCED  1:35        ENDED  2:20        TOTAL TIME  2 hrs. 55 min.

PROCEEDINGS  Final fairness hearing

JUDGE STEPHEN P. FRIOT        DEPUTY LORI GRAY        REPORTER TRACY WASHBOURNE

COUNSEL FOR CORL, WATTS & MOBBS PLFS William Federman, Martin Weber, David Jones, Richard Norman, Scott Poynter, Earl Underwood

COUNSEL FOR DAVENPORT PLFS Robert Shelquist, Jon Borderud

COUNSEL FOR DFTS Tim Snider, Rick Ford, Barnes Ellis, Chris Morris

OBJECTORS Steve Miller, Tony Lacy

The court hears arguments of counsel.

The court hears statements from the objectors.

The court finds that the proposed settlements in both Corl, Watts & Mobbs and Davenport are fair and adequate from the standpoint of the class members.

The court finds that the proposed $8 million fee in Corl, Watts & Mobbs and the proposed $1.075 million fee in Davenport are fair and reasonable fees to be awarded to class counsel.

Plaintiffs' Motion for Final Approval of Class Action Settlement (Corl, Watts & Mobbs) (doc. no. 998) is **GRANTED**.

Class Counsels' Motion for Attorneys' Fees and Costs, and Plaintiffs' Motion for Incentive Awards (Corl, Watts & Mobbs) (doc. no. 999) is **GRANTED**.

Plaintiffs' Motion for Final Approval of Class Action Settlement, Entry of Final Judgment, Award of Attorney Fees, Reimbursement of Expenses, and Separate Awards for Named Plaintiffs (Davenport) (doc. no. 1000) is **GRANTED**.

The court signs off on the proposed orders submitted by the parties. Said orders will be entered forthwith.