# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: Farmers Insurance Co., Inc., FCRA Litigation<br><br>Judge Friot | Western Dist. Case No. CIV-03-158-F<br><br>MDL No. 1564<br><br><br>This Document Relates to<br>Corl, Watts & Mobbs |

## ENTRY OF APPEARANCE

Steve A. Miller, class member and objector, hereby enters his appearance as objector counsel in this matter.

                                                Respectfully submitted,

                                                s/ Steve A. Miller

                                                Steve A. Miller (11-145)
                                                Steve A. Miller, PC
                                                1625 Larimer Street, No. 2905
                                                Denver, CO 80202
                                                Ph# 303-892-9933
                                                Fax: 303-892-8925
                                                Email sampc01@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance has been filed on October 19, 2011 via CM/ECF and has been served on all counsel of record.

                                                s/Steve A. Miller