## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: Farmers Insurance Co., Inc., FCRA Litigation<br><br>Judge Friot | Western Dist. Case No. CIV-03-158-F<br><br>MDL No. 1564<br><br><br><br>This Document Relates to<br>Corl, Watts & Mobbs |

### NOTICE OF APPEAL

Notice is hereby given that Steve A. Miller, class member and objector, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Final Judgment and Order of Dismissal with Prejudice [Doc. 1010] entered September 29, 2011.

Respectfully submitted,

s/ Steve A. Miller

Steve A. Miller (11-145)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email sampc01@gmail.com