## COST BOND

Bond No. OK110300

In and for the United States District Court for the Western District of Oklahoma

CASE NO.   CIV-03-158-F

**FILED**

NOV 01 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

**Class Member and Objector:**

Steve A. Miller

v.

**Defendant:**

Farmers Insurance Company, Inc.,
Farmers Group, Inc., Farmers Insurance Exchange, Fire Underwriters Association,
Fire Insurance Exchange and Mid-Century Insurance Co.

---

We, Merchants Bonding Company (Mutual), do hereby enter ourselves as security for costs on behalf of Steve A. Miller, in this cause, not to exceed the amount of Fifteen Thousand AND 00/100 ($15,000.00) Dollars, and acknowledge ourselves bound to pay or cause to be paid all costs which may accrue in this action, not to exceed the amount of Fifteen Thousand and 00/100 ($15,000.00) Dollars, either to the opposite party, or to any of the officers of this Court, in pursuance of the laws of this State.

Dated this 27th Day of October 2011

By _____
Steve A. Miller

MERCHANTS BONDING COMPANY (MUTUAL)

By _____
Cory R. Mueller, Attorney-in-Fact

MEMBER NASBP
NATIONAL ASSOCIATION OF SURETY BOND PRODUCERS

MOODY INSURANCE AGENCY, INC.
8055 East Tufts Avenue, Suite 1000
DENVER, COLORADO 80237
PHONE: (303) 824-6600

# MERCHANTS BONDING COMPANY
## POWER OF ATTORNEY

Know All Persons By These Presents, that the MERCHANTS BONDING COMPANY (MUTUAL), a corporation duly organized under the laws of the State of Iowa, and having its principal office in the City of Des Moines, County of Polk, State of Iowa, hath made, constituted and appointed, and does by these presents make, constitute and appoint

Evan E. Moody, Brad Moody, Vera T. Kalba, Daniel S. Finholm,
Karen A. Feggestad, Cory R Mueller

of Denver and State of Colorado its true and lawful Attorney-in-Fact, with full power and authority hereby conferred in its name, place and stead, to sign, execute, acknowledge and deliver in its behalf as surety any and all bonds, undertakings, recognizances or other written obligations in the nature thereof, subject to the limitation that any such instrument shall not exceed the amount of:

### THREE MILLION ($3,000,000.00) DOLLARS

and to bind the MERCHANTS BONDING COMPANY (MUTUAL) thereby as fully and to the same extent as if such bond or undertaking was signed by the duly authorized officers of the MERCHANTS BONDING COMPANY (MUTUAL), and all the acts of said Attorney-in-Fact, pursuant to the authority herein given, are hereby ratified and confirmed.

This Power-of-Attorney is made and executed pursuant to and by authority of the following Amended Substituted and Restated By-Laws adopted by the Board of Directors of the MERCHANTS BONDING COMPANY (MUTUAL) on November 16, 2002.

ARTICLE II, SECTION 8 - The Chairman of the Board or President or any Vice President or Secretary shall have power and authority to appoint Attorneys-in-Fact, and to authorize them to execute on behalf of the Company, and attach the Seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof.

ARTICLE II, SECTION 9 - The signature of any authorized officer and the Seal of the Company may be affixed by facsimile to any Power of Attorney or Certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligations of the Company, and such signature and seal when so used shall have the same force and effect as though manually fixed.

In Witness Whereof, MERCHANTS BONDING COMPANY (MUTUAL) has caused these presents to be signed by its President and its corporate seal to be hereto affixed, this 18th day of September, 2009.



MERCHANTS BONDING COMPANY (MUTUAL)

By Larry Taylor
President

STATE OF IOWA
COUNTY OF POLK ss.

On this 18th day of September, 2009, before me appeared Larry Taylor, to me personally known, who being by me duly sworn did say that he is President of the MERCHANTS BONDING COMPANY (MUTUAL), the corporation described in the foregoing instrument, and that the Seal affixed to the said instrument is the Corporate Seal of the said Corporation and that the said instrument was signed and sealed in behalf of said Corporation by authority of its Board of Directors.

In Testimony Whereof, I have hereunto set my hand and affixed my Official Seal at the City of Des Moines, Iowa, the day and year first above written.

CINDY SMYTH
Commission Number 173504
My Commission Expires
March 16, 2012

Cindy Smyth
Notary Public, Polk County, Iowa

STATE OF IOWA
COUNTY OF POLK ss.

I, William Warner, Jr., Secretary of the MERCHANTS BONDING COMPANY (MUTUAL), do hereby certify that the above and foregoing is a true and correct copy of the POWER-OF-ATTORNEY executed by said MERCHANTS BONDING COMPANY (MUTUAL), which is still in full force and effect and has not been amended or revoked.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Company on this 27th day of October, 2011

William Warner Jr.,
Secretary

POA 0001 (1/09)