# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: Farmers Insurance Co., Inc., FCRA Litigation<br><br>Judge Friot | Western Dist. Case No. CIV-03-158-F<br><br>MDL No. 1564<br><br><br>This Document Relates to<br>Corl, Watts & Mobbs |

## UNOPPOSED MOTION FOR RELEASE OF COST BOND

Pursuant to this Court's Order entered September 29, 2011 [Doc. 1010], the undersigned filed a $15,000 Cost Bond on November 1, 2011 [Doc. 1021] pending appeal. On November 7, 2011, the appeal to the United States Court of Appeals for the Tenth Circuit was dismissed and the Mandate was issued and filed with this Court on November 7, 2011 [Doc. 1024].

Accordingly, the undersigned hereby requests that the Cost Bond [Doc. 1021] posted in this matter on November 1, 2011 be released in its entirety. The undersigned has conferred with class counsel and is authorized to represent to this Court that this motion is unopposed.

Respectfully submitted,

s/ Steve A. Miller

Steve A. Miller (11-145)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email sampc01@gmail.com